FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* UPPI, LLC,<br><br>    Plaintiff-Relator,<br><br>    v.<br><br>CARDINAL HEALTH, INC., *et al.*,<br><br>    Defendants. | No. 2:17-CV-00378-SAB<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE** |

    Before the Court is the Defendant's Motion to Transfer Venue by All Defendants. ECF No. 85. Defendants request to transfer venue for the above-stated matter to the United States District Court for the District of South Carolina. Plaintiff-Relator consents to the transfer but requests the transfer be to the Beaufort Division of the United States District Court for the District of South Carolina. ECF No. 86. The Court finds good cause to grant Defendants' Motion and Plaintiff's request.

//
//
//
//
//
//

**ORDER GRANTING MOTION TO TRANSFER VENUE** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Transfer Venue by All Defendants, ECF No. 85, is **GRANTED**.

2. Plaintiff's request to transfer this case to the Beaufort Division of the District of South Carolina, ECF No. 86, is **GRANTED**.

3. The District Court Clerk is directed to transfer this action to the Beaufort Division of the United States District Court for the District of South Carolina

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 31st day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO TRANSFER VENUE** # 2