**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. UPPI, LLC,<br><br>      Plaintiff-Relator,<br><br>v.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>      Defendants | Case No. 9:22-cv-3770-BHH<br><br>**CONSENT MOTION TO WITHDRAW GLENN E. CHAPPELL AS COUNSEL FOR PLAINTIFF-RELATOR UPPI, LLC** |

Plaintiff-Relator UPPI, LLC hereby moves to withdraw Glenn E. Chappell of Tycko & Zavareei LLP as counsel of record pursuant to Local Civil Rule 83.I.07(A) due to a change in employment. Withdrawal of Mr. Chappell will not leave Plaintiff-Relator unrepresented, as Plaintiff-Relator will continue to be represented by William N. Nettles, Frances C. Trapp, and John L. Warren III of the Law Office of Bill Nettles, who appeared in this action on November 1, 2022.

This motion is filed with the consent of the Plaintiff-Relator and Plaintiff-Relator's remaining counsel.

Dated: February 6, 2026        Respectfully submitted.

By: */s/ John L. Warren III*
John L. Warren III (D.S.C. Federal ID No. 12164)
jw@billnettleslaw.com
William N. Nettles (D.S.C. Federal ID No. 6586)
bill@billnettleslaw.com
Frances C. Trapp (D.S.C. Federal ID No. 6376)
fran@billnettleslaw.com
**LAW OFFICE OF BILL NETTLES**
2008 Lincoln Street
Columbia, South Carolina 29201
Telephone: (803) 814-2826

1

Glenn E. Chappell (*admitted pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
glennchappell@tzlegal.com

*Counsel for Plaintiff-Relator*

2